IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EARL EUGENE ENNIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  3:05cv846-F |
| | )                 (WO) |
| BLAKE JENNINGS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On September 21, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Done this the 18th day of October 2004.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE